**HONORABLE BARBARA J. ROTHSTEIN**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC COUNTY; PACIFIC COUNTY SHERIFF'S OFFICE; DANIEL GARCIA, individually and in his official capacity as Pacific County Sheriff; and MIKE PARKER, individually and in his official capacity as Commander of the Pacific County Jail,<br><br>Defendants. | **NO. 3:24-cv-06068-BJR**<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION |

Pursuant to the Court's Standing Order for All Civil Cases, Local Rule 7(d)(1) and Local Rule 10(g), the parties hereby stipulate to, and move the Court for, an order extending the deadline for Defendants to file a response to Plaintiff Human Rights Defense Center (HRDC)'s Motion for Preliminary Injunction. Good cause exists because counsel for Defendants Garcia and Parker appeared in this matter two days ago on January 21, 2025 and need additional time to review and respond to HRDC's Motion for Preliminary Injunction.

STIPULATION AND ORDER GRANTING EXTENSION OF DEADLINE IN WHICH TO RESPOND TO MOTION FOR A PRELIMINARY INJUNCTION – 1
No.: 3:24-cv-06068-BJR

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA 98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480   FAX: (360) 357-3511

A brief continuance of the deadline in which to respond to HRDC's motion for a preliminary injunction to **JANUARY 27, 2025** is therefore requested. Pursuant to the Court's Standing Order, Plaintiff's reply would be due 14 days after the filing of the opposition on **FEBRUARY 10, 2025**.

SO STIPULATED this 23rd day of January, 2025.

| | |
|---|---|
| LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S. | MacDONALD, HOAGUE & BAYLESS |
| /s/ Michael J. Throgmorton | /s/Nathaniel Flack[1] |
| Michael J. Throgmorton, WSBA #44263<br>Attorney for Defendant Pacific County<br>2674 RW Johnson Rd, Tumwater, WA 98512<br>P.O. Box 11880 Olympia WA 98508-1880<br>Telephone: (360) 754-3480<br>Fax: (360) 754-3511<br>E-mail: mthrogmorton@lldkb.com | Jesse Wing, WSBA #27751<br>Katherine Chamberlain, WSBA # 40014<br>Nathaniel Flack, WSBA # 58582<br>Attorneys for Plaintiff HRDC<br>705 Second Avenue, Suite 1500<br>Seattle, WA 98104<br>Email: jessew@mhb.com<br>Email: katherinec@mhb.com<br>Email: nathanielf@mhb.com<br>Telephone: (206) 622-1604 |

THENELL LAW GROUP, P.C.

/s/Daniel Thenell[2]

Daniel Thenell, WSBA # 37297
Attorney for Defendants Garcia and Parker
6 Centerpointe Dr., Ste 450
Lake Oswego, OR 97035-8621
Telephone: (503) 372-6450
Fax: (503) 372-6496
Email: dan@thenelllawgroup.com

IT IS SO ORDERED.

DATED this 24th day of January, 2025.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

---

[1] E-signed per approval received via email 1/23/2025.

[2] E-signed per approval received via email 1/23/2025.

STIPULATION AND ORDER GRANTING EXTENSION OF DEADLINE IN WHICH TO RESPOND TO MOTION FOR A PRELIMINARY INJUNCTION – 2
No.: 3:24-cv-06068-BJR

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*